**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

JAMES CARL KELLY,

Petitioner,

v.

PAT HORN, et al.,

Respondents.

Case No. 1:26-cv-05302 JLT EPG (HC)

ORDER ADOPTING FINDINGS AND RECOMMENDATIONS, DISMISSING PETITION FOR WRIT OF HABEAS CORPUS, DIRECTING CLERK OF COURT TO CLOSE CASE, AND DECLINING TO ISSUE CERTIFICATE OF APPEALABILITY

(Doc. 14)

James Carl Kelly is a state prisoner proceeding *pro se* with a petition for writ of habeas corpus brought pursuant to 28 U.S.C. § 2254. (Doc. 1.) The magistrate judge performed a preliminary review of the petition pursuant to Rule 4 of the Rules Governing Section 2254 Cases and found this action is duplicative of the petition filed in Case No. 1:26-cv-03164-JLT-EPG, in which Petitioner also challenged his medical care. (Doc. 14 at 2-3.) Therefore, the magistrate judge recommended the Court dismiss the petition. (*Id.* at 3.)

On July 31, 2026, the Court served the Findings and Recommendations on Petitioner and notified him that any objections were due within 30 days. (Doc. 14 at 3.) The Court advised Petitioner that the "failure to file objections within the specified time may waive the right to appeal the District Court's order." (*Id.*, quoting *Wilkerson v. Wheeler*, 772 F.3d 834, 838-39 (9th Cir. 2014).) After being informed of a new address for Petitioner, the Court re-served the Findings and Recommendations on August 12, 2026. To date, no objections have been filed.

According to 28 U.S.C. § 636(b)(1), this Court performed a *de novo* review of this case. Having carefully reviewed the matter, the Court concludes the Findings and Recommendations are supported by the record and proper analysis.

The Court also finds a certificate of appealability should not issue. A petitioner seeking a writ of habeas corpus has no absolute entitlement to appeal a district court's denial of his petition, and an appeal is only allowed in certain circumstances. *Miller-El v. Cockrell*, 537 U.S. 322, 335-36 (2003); 28 U.S.C. § 2253. Where, as here, the Court denies habeas relief on procedural grounds without reaching the underlying constitutional claims, the Court should issue a certificate of appealability "if jurists of reason would find it debatable whether the petition states a valid claim of the denial of a constitutional right and that jurists of reason would find it debatable whether the district court was correct in its procedural ruling." *Slack v. McDaniel*, 529 U.S. 473, 484 (2000). "Where a plain procedural bar is present and the district court is correct to invoke it to dispose of the case, a reasonable jurist could not conclude either that the district court erred in dismissing the petition or that the petitioner should be allowed to proceed further." *Id.* In the present case, reasonable jurists would not find the Court's determination that the petition should be dismissed debatable or wrong, or that Petitioner should be allowed to proceed further. Thus, the Court **ORDERS**:

1. The Findings and Recommendations issued on July 31, 2026 (Doc. 14) are **ADOPTED** in full.
2. The petition for writ of habeas corpus is **DISMISSED** as duplicative.
3. The Clerk of Court is directed to close this case.
4. The Court declines to issue a certificate of appealability.

IT IS SO ORDERED.

Dated: October 13, 2026

Jennifer L. Thurston

UNITED STATES DISTRICT JUDGE